**RECEIVED**

OCT 1 0 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**FILED**

OCT 1 0 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF TEXAS

TIMOTHY BEST,                  JURY TRIAL DEMANDED

     v.      Plaintiff(s)

                           Case No.: **1:23 CV 01237 DII**

Green Dot Corporation,

       Defendant(s)

---

## COMPLAINT

Plaintiff resides at 210 E. Fire Tower Road Winterville, North Carolina 28590.

Defendant's address is 114 W. 7th Street Suite 240 Austin. Texas 78701.

Jurisdiction in this Court is based on 28 U.S.C. 1331, which provides that the District Court shall have original jurisdiction of all civil actions arising under the Constitution, Laws, Treaties of the United States, Federal Statutes 15 USC 1693 (a) (7) (12), 15. USC 1693(m), 18 U.S.C. 1343, and a case that concerns more than one State.

The acts complained of in this suit concern: Green Dot Corporation the Respondent Superior Party and its Clerks, Representatives, Agents, Employees, etc, have not shown Plaintiff no respect as far as trying to dispute and investigate this matter and find out who was the real person they allowed to unauthorized withdraw all of my funds.

1. Cause of Actions is based on due process and equal protection under the law, right to life, liberty, property and in the pursuit of happiness in violation of Title VII of the Civil Rights Act of 1964, and as amended 1991, violation of Federal Statutes 15 USC 1693 (a) (7) (12), 15 USC 1693 (m), 18 USC 1343, and a case that concern more than one State and Green Dot Corporation violation of these laws.

2. I am bringing this action under the Federal Doctrine of Delayed Discovery Statute of Limitation were the Cause of Action was discovered on or about September 1, 2023, when I called Green Dot Corporation and/or their Clerk and found out that Green Dot Corporation claimed that all of my $1400 dollars Stimulus check, from the year of 2020, has been used up. I explained to them that it wasn't me and that I never received a debit

card from their Bank, with $1400 dollars on it. I demanded a dispute and an investigation
Green Dot Corporation refused to and never found out who was the person they sent my
card to and who used up all of the funds. They also refused to pay me my money
(property) owed, under account number 393942986006 and routing number 124303120.
In violation of my rights to my own property and the liberty to enjoy my own property.

3. Without my consent Green Dot Corporation had made an unauthorized transaction,
   recklessly transferring and/or wiring my property (money) and private information, to
   another person and failed to dispute or investigate this serious matter. Green Dot
   Corporation compromised my life and position, when my private information was
   transferred and/or wired to another person, without my consent.This particular Financial
   Institution ( Green Dot Corporation) is known to have several Class Action Suits
   involving these very same claims and issues. Now,  they do not respond to my demands,
   send me an explanation of findings, and form no disputes or investigation.

4. To make matters worse, Green Dot Corporation admitted to the reckless unauthorized
   transactions, taking away my liberty to have my money (property) transferred to me.
   Instead, they transferred and/or wired the $1400 dollars stimulus check and my private
   information to another person. Green Dot Corporation and/or their Clerk admitted that
   the $600 dollars stimulus check was never transferred and/or wired to them, from the
   IRS. Without my consent and because of the IRS and/or their Representatives
   unauthorized transactions, when they transferred my property (money) to Green Dot
   Corporation, both Green Dot Corporation and the IRS claimed that they don't know what
   happened to my $600 dollars stimulus check, from the year of 2021. The IRS and/or
   Representative did claim that the $600 dollars stimulus check was transferred and/wired
   to Green Dot Corporation, however, Green Dot Corporation claimed that they did not
   receive it. In fact, the IRS and/or their Representatives claimed that the 2019, 2020 and
   2021 stimulus checks were transferred and/or wired to Green Dot Corporation.

5. Both, IRS and Green Dot Bank continue to dispute each other's claims, in the meantime, I
   am still without my federally funded stimulus $1400 and $600 dollars (property), in
   violation of my rights to due process, equal protection under the law, right to life, liberty
   and property and the pursuit of happiness.Under 15 USC 1693 (a) (7) (12) Green Dot
   Corporation and/or their Clerks violation of the Electronic Fund Transfer Act, without my
   consent, transferred my money (property) $1400 stimulus check and private information
   to another person. Green Dot Corporation actions caused an unauthorized electronic fund
   transfer when they allowed another person to transfer all of my funds from my account,

`                                                                            3

6.   leaving me with nothing to this day. Apparently, the $600 dollars stimulus check was never transferred and/or wired and neither Green Dot Corporation nor the IRS know what happened to the $600 stimulus check, according to the telephone conversations. Even though I demanded a dispute and investigation both Green Dot Corporation and the IRS refused to and never paid me my money (property) owed.

7.   Under 18 USC 1343 Green Dot Corporation and/or their Clerks violation of the Elements of Wire Fraud, when it was claimed that my stimulus check and private information was transferred and/or wired to another person. Green Dot actions caused an unauthorized electronic fund transfer when they allowed another person to take out all of my funds from my account. Apparently, one of the stimulus checks was never wired and neither Green Dot Corporation nor IRS know what happened to the $600 dollars stimulus check according to the telephone conversations. Even though I demanded a dispute and investigation both Green Dot Corporation and the IRS refused to and never paid me my money (property) owed.

I seek the following relief: Under 15 USC 1693 (m) Civil Liability, Actual Damages $2000 dollars. Economic and Punitive Damages $1,000,000 dollars for the violation of the US Constitution, and Federal Statutes.

Dated: September 23, 2023.

Timothy Best
210 East Fire Tower Road
Winterville, NC 28590