IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TIMOTHY BEST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-1237-DII |
| | § | |
| GREEN DOT CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this date, the Court entered an order adopting the magistrate judge's report and recommendation and dismissing Plaintiff's complaint with prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on December 11, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE